UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINCOLN LERNER,<br>an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>DR. GRAPHX II, INC.,<br>an Illinois corporation,<br><br><br>       and<br><br>MORGAN STANLEY SMITH BARNEY, LLC.,<br>a Delaware Limited Liability Company,<br><br>           Defendant. | Case No. 13-cv-03525<br><br><br>Amount of Claim: $13,420 plus such further relief which may be imposed on or before the date of judgment. |

**STIPULATION TO DISMISS**

Plaintiff, Tony Lerner, by his attorney, Jeffrey Hupert, hereby states and stipulates that this case should be dismissed pursuant to the Settlement Agreement of the parties.

           Lincoln (Tony) Lerner,

           By: _____
           One of his attorneys

Jeffrey. D. Hupert, ARDC No. 3121829
Riordan, Fulkerson, Hupert & Coleman
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
Phone: (312) 346-4740
jdh@rfsc-law.com

1